UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: REQUEST FOR JUDICIAL         CASE NO.  24-mc-0032
ASSISTANCE FROM THE JUDICIAL
DISTRICT OF SANTIAGO de QUERETARO
IN QUERETARO, MEXICO IN JOSÉ PABLO
del SAGRADO CORAZÓN NAVA FUENTES
v. SUSANA CALDERÓN MUÑOZ LEDO

## PROPOSED ORDER

WHEREAS, the United States, by its counsel, on behalf of the Judicial District of Santiago de Queretaro in Queretaro, Mexico ("Mexican Court") *in José Pablo del Sagrado Corazón Nava Fuentes v. Susana Calderón Muñoz Ledo*, Foreign Reference Number EUA00635, through its application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from JPMorgan Chase Bank, for use in connection with a judicial proceeding in the Santiago de Mexican Court; and

WHEREAS upon review of the Letter of Request issued by the Santiago de Queretaro Court *in José Pablo del Sagrado Corazón Nava Fuentes v. Susana Calderón Muñoz Ledo*, Foreign Reference Number EUA00635, seeking evidence from an entity that be found within the jurisdiction of this Court for use in said judicial proceedings in Mexico, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Jabrina C. Edwards, Assistant United States Attorney for Western District of Louisiana, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from JPMorgan Chase Bank for transmission to the U.S. Department of Justice, Office

of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Mexican Court *in José Pablo del Sagrado Corazón Nava Fuentes v. Susana Calderón Muñoz Ledo*, Foreign Reference Number EUA00635; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office for the Western District of Louisiana shall provide JPMorgan Chase Bank in Monroe, Louisiana with a copy of this Order and the accompanying documents.

Date this __5th__ day of _____April_____, 2024.

_____

UNITED STATES DISTRICT JUDGE